## STATE OF CONNECTICUT *v.* LUIS SANDOVAL
## (AC 32631)

Lavine, Robinson and Espinosa, Js.

Argued May 14—officially released June 5, 2012

Per Curiam. The judgment is affirmed.

## ANN FRANCE *v.* ANDREW G. FRANCE
## (AC 33911)

Lavine, Sheldon and Mihalakos, Js.

Argued May 16—officially released June 5, 2012

Per Curiam. The judgment is affirmed.

## PATRICK WALSH *v.* COMMISSIONER
## OF CORRECTION
## (AC 33233)

DiPentima, C. J., and Alvord and Pellegrino, Js.

Argued May 16—officially released June 12, 2012

Per Curiam. The appeal is dismissed.